1  MARC V. KALAGIAN
   ATTORNEY AT LAW: 149034
2  ROHLFING & KALAGIAN, LLP
   211 EAST OCEAN BLVD., SUITE 420
3  LONG BEACH, CA 90802
   562/437-7006
4  FAX: 562/432-2935
   Email: marckalagian_rohlfinglaw@hotmail.com

5  ATTORNEYS FOR PLAINTIFF

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| GARY STANIS, | ) Case No.: CV 08-6939 PLA |
| Plaintiff, | ) ORDER AWARDING EQUAL <br> ) ACCESS TO JUSTICE ACT <br> ) ATTORNEY FEES PURSUANT TO |
| vs. | ) 28 U.S.C. § 2412(d) |
| MICHAEL J. ASTRUE, <br> Commissioner of Social Security, | ) <br> ) <br> ) |
| Defendant. | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to Marc V. Kalagian, as Plaintiff's assignee and subject to the reservation of rights, the amount of TWO THOUSAND FIVE HUNDRED DOLLARS ($2,500.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATE: December 3, 2009

_____
THE HONORABLE PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE

-1-